1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                 FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    ANTHONY RAUDA,                    )      1:06-CV-01652-OWW-DLB-P
                                       )
9         Plaintiff,                   )      ORDER TO SUBMIT NEW APPLICATION
                                       )      TO PROCEED IN FORMA PAUPERIS AND
10        vs.                          )      CERTIFIED COPY OF TRUST ACCOUNT
                                       )      STATEMENT **OR** PAY FILING FEE
11   CALIFORNIA DEPARTMENT OF          )
     CORRECTIONS,                      )
12                                     )
                                       )
13        Defendants.                  )
                                       )
14   _____

15          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

16   U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

17   However, plaintiff's application to proceed in forma pauperis did not include the required original

18   signature by an authorized officer of the institution of incarceration.  Additionally, plaintiff has not filed

19   a certified copy of his prison trust account statement for the six month period immediately preceding the

20   filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit

21   a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or**

22   to pay the $350.00 filing fee.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

25   pauperis.

26          2.  Within thirty days of the date of service of this order, plaintiff shall submit a

27   completed application to proceed in forma pauperis and a certified copy of his prison trust account

28                                           1

1  statement for the six month period immediately preceding the filing of the complaint, or in the

2  alternative, to pay the $350.00 filing fee for this action.  Failure to comply with this order will result in

3  a recommendation that this action be dismissed.

4      IT IS SO ORDERED.

5  **Dated:**   **December 11, 2006**              **/s/ Dennis L. Beck**
   3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2