1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY RAUDA,                          1:06-CV-01652-OWW-DLB-P

12                                           ORDER VACATING FINDINGS
                      Plaintiff,             AND RECOMMENDATION OF
13                                           JANUARY 26, 2007
                 vs.                         (Doc. 13)
14
     CALIFORNIA DEPARTMENT                   ORDER FOR PLAINTIFF TO SUBMIT
15   OF CORRECTIONS, et al.,                 CERTIFIED COPY OF TRUST ACCOUNT
                                             STATEMENT OR PAY FILING FEE
16                    Defendants.
                                     /
17

18        Plaintiff is a prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C.

19   § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

20   § 636(b)(1).

21         On January 26, 2007, the court submitted findings and a recommendation to United States

22   District Judge Oliver W. Wanger to dismiss petitioner's case for failure to comply with the court's order

23   of December 13, 2006, for petitioner to submit a new application to proceed in forma pauperis and a

24   certified copy of his prison trust account statement, or pay the $350.00 filing fee, within thirty days.  On

25   February 7, 2007, plaintiff filed objections to the findings and recommendation, notifying the court that

26   he was unable to comply with the court's order due to events at the prison out of his control.  Good cause

27   appearing, the findings and recommendation shall be vacated.

28
                                            1

1    Also on February 7, 2007, plaintiff submitted a new application to proceed in forma pauperis.

2    However, plaintiff did not submit the required certified copy of his prison trust account statement.  See

3    28 U.S.C. § 1915(a)(2).  Plaintiff will be provided another opportunity to submit the copy of his trust

4    account statement **or** pay the $350.00 filing fee.

5    In accordance with the above, IT IS HEREBY ORDERED that:

6    1. The Magistrate's findings and recommendation of January 26, 2007, is VACATED in

7    its entirety; and

8    2.  Within thirty days of the date of service of this order, plaintiff shall submit a certified

9    copy of his prison trust account statement for the six month period immediately preceding the filing of

10   the complaint, or in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this

11   order will result in a recommendation that this action be dismissed.

12   IT IS SO ORDERED.

13   **Dated:   February 28, 2007**                         **/s/ Dennis L. Beck**

     3c0hj8                                              UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2