IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAUDA, | CASE NO. 1:06-CV-001652- LJO-DLB-P |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS BE DENIED |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | (Doc. 20 ) |

Plaintiff Anthony Rauda ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a complaint and an application to proceed in forma pauperis on February 7, 2007. On March 20, 2007, the court ordered that Plaintiff file a new application that included a certified copy of this prison account trust, or pay the filing fee. Plaintiff filed a second application to proceed in forma pauperis on April 30, 2007.

A prisoner seeking to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 must submit an affidavit and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a). Because a prisoner proceeding in forma pauperis is required to pay the filing fee in full, after reviewing and granting the application to proceed in forma pauperis, the court must assess an initial partial filing fee, if funds exist. 28 U.S.C. § 1915(b)(1). The relevant statute provides:

> The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of -
> (A)   the average monthly deposits to the prisoner's account; or
> (B)   the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

28 U.S.C. § 1915(b)(1).

Plaintiff filed an application to proceed in forma pauperis and provided a certified copy of his trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's average monthly balance is $518.69 and the average of plaintiff's monthly deposits is $86.50. In addition, Plaintiff's application indicates that he has $3,500.00 in cash. The court therefore finds that plaintiff has sufficient funds to pay the filing fee in full.

Accordingly, it is HEREBY RECOMMENDED that:

1.   Plaintiff's application to proceed in forma pauperis be denied; and

2.   Plaintiff be ordered to pay the $350.00 filing fee in full.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **thirty (30) days** after being served with these Findings and Recommendations, the parties may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **May 8, 2007**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE