UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAUDA,<br><br>        Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>        Defendant.<br>_____/ | 1:06-cv-01652-LJO-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 22)<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** (Doc. 21)<br><br>**ORDER REQUIRING PLAINTIFF TO PAY FILING FEE IN FULL WITHIN THIRTY DAYS** |

    Plaintiff, Anthony Rauda ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 8, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On June 21, 2007, plaintiff filed objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the

1

entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 8, 2007, are ADOPTED in full;

2. Plaintiff's application to proceed in forma pauperis is DENIED; and,

3. Plaintiff pay the $350.00 filing fee in full within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 27, 2007**               /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE