UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAUDA, | 1:06-cv-01652-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 26) |
| vs. | **ORDER DISMISSING COMPLAINT/ ACTION** |
| CDCR, et al., | |
| Defendants. | |

Plaintiff, Anthony Rauda ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 1, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On October 11, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1   In accordance with the provisions of 28 U.S.C.
2   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3   de novo review of this case.  Having carefully reviewed the
4   entire file, the Court finds the Findings and Recommendations to
5   be supported by the record and by proper analysis.
6       Accordingly, IT IS HEREBY ORDERED that:
7       1.  The Findings and Recommendations, filed October 1,
8   2007, are ADOPTED IN FULL; and,
9       2.  The Complaint, and therefore this action, is DISMISSED
10  based on plaintiff's failure to obey the court's order of July
11  30, 2007, and pursuant to Local Rule 11-110.
12  IT IS SO ORDERED.
13  **Dated:   December 27, 2007**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE